COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Samuel Espinoza Rodriguez v. The State of Texas

Appellate case number:      01-13-00447-CR
                            01-13-00448-CR

Trial court case number:    1356098
                            1356099

Trial court:                182nd District Court of Harris County

On October 15, 2013, appellant filed a "First Motion for Extension of Time to File Appellant's Pro Se Brief 'In the Interests of Justice'" in the above referenced appeals. The record reflects appellant is represented by appointed counsel. Appellant is not entitled to hybrid representation, which is defined as representation partly by counsel, partly by self. *See, e.g., Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). This Court may disregard pro se filings when a party is represented by counsel. *Id*. Moreover, appellant's brief is not yet due, so the motion for extension is premature. Appellant's brief will be due 30 days after the complete record is filed, and appellant's counsel is responsible for filing the brief. *See* TEX. R. APP. P. 38.6(a).

Appellant's motion is **denied**.

It is so ORDERED.


Judge's signature: ____/s/ Rebeca Huddle_____
                    ☑ Acting individually     ☐ Acting for the Court


Date: _October 22, 2013_____